UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LALL #612641,

    Petitioner,

v.

    File No. 1:09-CV-453

    HON. ROBERT HOLMES BELL

DAVID BERGH,

    Respondent.
_____/

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Magistrate Judge Joseph G. Scoville's January 2, 2013, Report and Recommendation (Dkt. No. 49) is **APPROVED** and **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED IN PART**, as to the first and third grounds for relief, and **GRANTED IN PART**, on the ground that Petitioner's second trial for CSC I violated the collateral estoppel component of the Double Jeopardy Clause.

**IT IS FURTHER ORDERED** that an **UNCONDITIONAL WRIT** is entered releasing Petitioner from custody and barring his retrial for CSC I.


Dated: March 14, 2013              /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        UNITED STATES DISTRICT JUDGE